

# Fourth Court of Appeals
## San Antonio, Texas

July 29, 2015

No. 04-15-00080-CR

Jerry Lee **TRIGO**,
Appellant

v.

**THE STATE OF TEXAS,**
Appellee

From the 229th Judicial District Court, Duval County, Texas
Trial Court No. 14-CRD-52
Honorable Ana Lisa Garza, Judge Presiding

## O R D E R

Appellant's brief was originally due on July 2, 2015. Appellant is represented on appeal by appointed counsel, Mr. Calixtro Villarreal Jr. On July 6, 2015, this court notified Mr. Villarreal, by letter, that the brief was late and instructed him to provide this court, within ten days of our letter, with a reasonable explanation for failing to timely file the brief. Mr. Villarreal has not responded.

It is therefore, ORDERED that Mr. Villarreal shall file appellant's brief in this court **no later than August 10, 2015**. If Mr. Villarreal does not file appellant's brief by August 10, 2015, this cause will be abated for the trial court to conduct a hearing to determine whether: (1) appellant desires to prosecute his appeal; (2) appellant is indigent, and if so, the trial court shall take such measures as may be necessary to assure the effective assistance of counsel, which may include the appointment of new counsel; and (3) counsel has abandoned the appeal. Because sanctions may be necessary, the trial court will be asked to address this issue even if new counsel is retained or substituted before the date of the hearing.

The Clerk of this court shall cause a copy of this order to be served on Mr. Villarreal by certified mail, return receipt requested, and by United States mail. The Clerk of this court shall also fax a copy of this order to the Honorable Ana Lisa Garza, presiding judge of the 229th Judicial District Court, Duval County, Texas.

+

_Sandee Bryan Marion_
Sandee Bryan Marion, Chief Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 29th day of July, 2015.

_Keith E. Hottle_
Keith E. Hottle
Clerk of Court